STATE OF NEW JERSEY v. DEBORAH PARHAM.

May 2, 1989.

Petition for certification denied.

WILLIAM VAN AKELIJEN v. NEW JERSEY SPORTS & EXPOSITION AUTHORITY.

May 2, 1989.

Petition for certification denied.

IN THE MATTER OF JOHN R. CONNOR, ETC. v. R.G. SACHS, M.D., ET AL.

May 2, 1989.

Petition for certification denied.

JEANNE A. DUKE v. JEFFREY A. MATTES, M.D.

May 2, 1989.

Petition for certification denied.